IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Crawford, Deverrick

Printed: 3/4/08

Case Number: 07 B 17396
Judge: Wedoff, Eugene R
Filed: 9/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,058.46 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,893.30 |
| Trustee Fee: |  | 165.16 |
| Other Funds: |  | 0.00 |
| Totals: | 3,058.46 | 3,058.46 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 3,026.00 | 2,893.30 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Metlife | Secured | 15,000.00 | 0.00 |
| 5. | Dell Financial Services, Inc | Secured | 493.00 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 14,041.50 | 0.00 |
| 7. | Select Portfolio Servicing | Secured | 50,000.00 | 0.00 |
| 8. | Internal Revenue Service | Priority | 23,026.37 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 2,253.90 | 0.00 |
| 10. | DeVry Institute of Technology | Unsecured | 0.00 | 0.00 |
| 11. | U.S. Department Of Education | Unsecured | 651.48 | 0.00 |
| 12. | DeVry Institute of Technology | Unsecured | 116.19 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 1,553.48 | 0.00 |
| 14. | The Mister Shops | Unsecured | 291.43 | 0.00 |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Chase Manhattan Mortgage Corp | Unsecured |  | No Claim Filed |
| 18. | DaimlerChrysler Servs North America | Unsecured |  | No Claim Filed |
| 19. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 20. | Fbcs Inc | Unsecured |  | No Claim Filed |
| 21. | HSBC | Unsecured |  | No Claim Filed |
| 22. | Target | Unsecured |  | No Claim Filed |
| 23. | American Honda Finance Corporation | Unsecured |  | No Claim Filed |
| 24. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 25. | Wilshire Credit Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Crawford, Deverrick | Case Number: 07 B 17396 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 3/4/08 | Filed: 9/24/07 |

| 26. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Merrick Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 110,453.35 | $ 2,893.30 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 165.16 |
| | _____ |
| | $ 165.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____